**Dismissed and Opinion Filed June 6, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00727-CV**
**No. 05-13-00740-CV**
**No. 05-13-00741-CV**
**No. 05-13-00742-CV**
**No. 05-13-00743-CV**
**No. 05-13-00744-CV**

**IN RE MICHAEL DAVIS, Relator**

---

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F99-99980, F99-99981, F99-99982,**
**F99-99983, F99-99984 & F99-99985**

---

## MEMORANDUM OPINION
Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Francis

Relator seeks mandamus relief to compel the district clerk to send him a free copy of the clerk's record enabling him to pursue an out-of-time appeal or habeas. We do not have mandamus jurisdiction over the district clerk. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2010).

We **DISMISS** relator's petition for writ of mandamus for want of jurisdiction.

130727F.P05

/Molly Francis/
_____
MOLLY FRANCIS
JUSTICE